FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -3 A 11: 09

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - - - - - - - - - -

ALEXIS M. HERMAN, Secretary of :
Labor, United States Department of :
Labor, :
                                           :

             Plaintiff, :

      v. :

JEANETTE FUSCO d/b/a KING ROGERS :
SEAFOOD, a sole proprietorship, :
KING ROGERS SEAFOOD, INC. d/b/a :
KING ROGERS SEAFOOD, a corporation, and, :
JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a :
JOE FUSCO a/k/a JOE DIGION, individually :
and as corporate officer, :
                                           :

            Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - -

CIVIL ACTION

No. 00-378, Sect F Mag 1

### PLAINTIFF'S MOTION TO PASS CASE FOR 30 DAYS

     COMES NOW Plaintiff, Alexis M. Herman, Secretary of Labor, United States

Department of Labor, and moves brings the Court to remove this case from the Call Docket

Order, issued April 14, 2000, scheduling this case to be called May 24, 2000 at 10:00 a.m.

because Plaintiff has served two of the three named defendants, and is currently making attempts

to serve the third.

DATE OF ENTRY
MAY 0 8 2000



WHEREFORE, for the reasons stated above, plaintiff moves this Court to pass the case for 30 days and not to call the case on Wednesday, May 24, 2000.

Respectfully Submitted,

HENRY L. SOLANO
Solicitor of Labor

WILLIAM E. EVERHEART
Regional Solicitor

ADDRESS:

JAMES E. CULP
Counsel for Employment
    Standards

Office of the Solicitor
U. S. Department of Labor
525 Griffin Street, Suite 501
Dallas, Texas  75202
Telephone:  214/767-4902

By:

ERICA J. RINAS
Attorney

Attorneys for Plaintiff.

RSOL Case No. 99-01391

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALEXIS M. HERMAN, Secretary of    :
Labor, United States Department of   :
Labor,                             :
                                   :
          Plaintiff,                :
                                 :    CIVIL ACTION
   v.                              :
                                 :    No. 00-378, Sect F Mag 1
JEANETTE FUSCO d/b/a KING ROGERS  :
SEAFOOD, a sole proprietorship,     :
KING ROGERS SEAFOOD, INC. d/b/a   :
KING ROGERS SEAFOOD, a corporation, and,  :
JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a   :
JOE FUSCO a/k/a JOE DIGION, individually  :
and as corporate officer,          :
                                 :
          Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S</u>
## <u>MOTION TO PASS CASE FOR 30 DAYS</u>

COMES NOW Plaintiff, Alexis M. Herman, Secretary of Labor, United States

Department of Labor, and moves brings the Court to remove this case from the Call Docket,

scheduled for May 24, 2000 at 10:00 a.m.

In support of her motion to pass the case, Plaintiff would show:

1.     On February 7, 2000, Plaintiff filed her Complaint in this matter.  This complaint

names three defendants, as seen in the above caption.

2.     On February 14, 2000 and March 3, 2000, Plaintiff served waivers of service on

the defendants.

3.     No waivers were returned, and on April 25, 2000, service was effected on two

defendants.  The completed summonses were mailed, via Federal Express, to the Court on May

2, 2000.

    4.     Plaintiff continues to attempt to effect service on the third and final defendant,

Jeanette Fusco.

    WHEREFORE, for the reasons stated above, plaintiff moves this Court to pass the case

for 30 days and not to call the case on Wednesday, May 24, 2000.

Respectfully Submitted,

                                 HENRY L. SOLANO
                                 Solicitor of Labor

                                 WILLIAM E. EVERHEART
                                 Regional Solicitor

ADDRESS:                    JAMES E. CULP
                                 Counsel for Employment

Office of the Solicitor                 Standards
U. S. Department of Labor
525 Griffin Street, Suite 501          By:
Dallas, Texas  75202
Telephone:  214/767-4902

                                 ERICA J. RINAS
                                 Attorney

                                 Attorneys for Plaintiff.

RSOL Case No. 99-01391

2

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALEXIS M. HERMAN, Secretary of     :
Labor, United States Department of     :
Labor,     :
    :
         Plaintiff,     :
    :       CIVIL ACTION
    v.     :
    :       No. 00-378, Sect F Mag 1
JEANETTE FUSCO d/b/a KING ROGERS     :
SEAFOOD, a sole proprietorship,     :
KING ROGERS SEAFOOD, INC. d/b/a     :
KING ROGERS SEAFOOD, a corporation, and,     :
JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a     :
JOE FUSCO a/k/a JOE DIGION, individually     :
and as corporate officer,     :
    :
         Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER GRANTING PLAINTIFF'S
### MOTION TO PASS CASE FOR 30 DAYS

The Motion to Pass Case for 30 Days of the Plaintiff having come on for consideration

and it appearing to the court that movant's motion is appropriate and well-taken, it is therefore,

ORDERED that this case is removed from the Call Docket scheduled for May 24, 2000,

and it will not be placed on a Call Docket for a period of not less than 30 days from the date this

Order is entered.

DATE: 5.5.00

JUDGE MARTIN FELDMAN