FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA
EASTERN DISTRICT OF LOUISIANA

2000 JUL 17 PM 3:51

LORETTA G. WHYTE
CLERK

------------------------------------------
ALEXIS M. HERMAN, Secretary of :
Labor, United States Department of :
Labor, :
: CIVIL ACTION
Plaintiff, :
: No. 00-378, Sect F Mag 1
v. :
:
JEANETTE FUSCO d/b/a KING ROGERS :
SEAFOOD, a sole proprietorship, :
KING ROGERS SEAFOOD, INC. d/b/a :
KING ROGERS SEAFOOD, a corporation, and, :
JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a :
JOE FUSCO a/k/a JOE DIGION, individually :
and as a corporate officer, :
:
Defendants. :
------------------------------------------

### MOTION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel comes defendants, for the sole purpose of moving that this honorable court grant it a thirty (30) day extension of time from the date of the filing this motion within which to file responsive pleadings, or until August 17, 2000. Undersigned counsel certified that there has been no previous extension of time granted within which to file

DATE OF ENTRY
JUL 24 2000

responses to these interrogatories and request for production of documents nor has the opposing party filed in the record an objection to an extension of time.

Respectfully submitted,

_____
Perry F. St. Raymond (#1612)
BROOK, VAN LOON & LATHAM, L.L.P.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-566-0600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed, postage prepaid, to the following counsel of record:

Ms. Erica J. Rinas, Esq.
Office of Solicitor
525 Griffin Street, Suite 501
Dallas, TX 75202

NEW ORLEANS, LOUISIANA, on this 17th day of July, 2000.

_____
PERRY F. ST. RAYMOND

H \DOCS\Psr\King Rogers\Pleadings\Mot-1st Ext (USDC) 071700.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXIS M. HERMAN, Secretary of Labor, United States Department of Labor,<br><br>                  Plaintiff,<br><br>v.<br><br>JEANETTE FUSCO d/b/a KING ROGERS SEAFOOD, a sole proprietorship, KING ROGERS SEAFOOD, INC. d/b/a KING ROGERS SEAFOOD, a corporation, and, JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a JOE FUSCO a/k/a JOE DIGION, individually and as a corporate officer,<br><br>                  Defendants. | CIVIL ACTION<br><br>No. 00-378, Sect F Mag 1 |

**MEMORANDUM IN SUPPORT OF THE MOTION FOR
FIRST EXTENSION OF TIME WITHIN
WHICH TO FILE RESPONSE TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS**

MAY IT PLEASE THE COURT:

This memorandum is filed in support of the motion filed by defendants for a thirty (30) day extension of time in which to file responses to plaintiff's first set of interrogatories and request for production of documents. The preparation of appropriate responses to this discovery has been impossible due to the fact that one defendant herein, Jeanette Fusco, has been diagnosed with severe cancer and has been receiving aggressive chemotherapy treatments in Houston, Texas. This turn of events came about within the last thirty (30) days and has resulted in an inability of Ms. Fusco to

properly participate in the defense of this action. Ms. Fusco's son, Mr. Joe Dejoia, also a defendant herein, has been out of town caring for his mother for extended periods of time since these treatments began. As such, he has not been in a position to meet with counsel for defendants and actively participate in the defense of this action. At this point, it is unknown when, or even if, Ms. Fusco will be physically able to return to New Orleans for the purpose of assisting in the defense of this action. Further, even if she does return to New Orleans, her physical and/or mental condition might impinge upon her ability to assist in the defense of this action. Mr. Joe Dejoia continues to spend large amounts of time outside of New Orleans caring for his mother due to this family emergency.

Counsel for plaintiff was informed of these circumstances in correspondence to her dated July 7, 2000 and July 13, 2000. Counsel for defendants has offered to counsel for plaintiff access to documents currently in possession which would be responsive to some of these discovery requests. Counsel for defendants had offered to meet with counsel for plaintiff for the purpose of reviewing the documents currently in possession and to discuss a possible settlement of this matter. Counsel for defendants only recently (July 13, 2000) discovered that counsel for plaintiff would not be in New Orleans for a preliminary conference scheduled for July 18, 2000 and, therefore, is unavailable for such a meeting. At this point, counsel for plaintiff has not filed in the record an objection to the extension of time requested herein.

Due to these circumstances, counsel for defendants hereby requests this thirty (30) days extension of time and, further, implores the court to exercise toward defendant Joe Dejoia and defendant Jeanette Fusco continuing wide latitude during the course of these proceedings due to the

illness and debilitating treatments currently being undertaken by Ms. Fusco in her battle with a life-threatening illness.

## CONCLUSION

For the above stated reason, it is requested that the extension be granted

Respectfully submitted,

_____
Perry F. St. Raymond (#1612)
BROOK, VAN LOON & LATHAM, L.L.P.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-566-0600


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed, postage prepaid, to the following counsel of record:

Ms. Erica J. Rinas, Esq.
Office of Solicitor
525 Griffin Street, Suite 501
Dallas, TX 75202

NEW ORLEANS, LOUISIANA, on this 17th day of July, 2000.

_____
PERRY F. ST. RAYMOND


H:\DOCS\Psr\King Rogers\Pleadings\Memo-1st Ext (USDC) 071700.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------

ALEXIS M. HERMAN, Secretary of
Labor, United States Department of
Labor,

        Plaintiff,

   v.

JEANETTE FUSCO d/b/a KING ROGERS
SEAFOOD, a sole proprietorship,
KING ROGERS SEAFOOD, INC. d/b/a
KING ROGERS SEAFOOD, a corporation, and,
JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a
JOE FUSCO a/k/a JOE DIGION, individually
and as a corporate officer,

        Defendants.

------------------------------------------

CIVIL ACTION

No. 00-378, Sect F Mag 1

## ORDER GRANTING FIRST EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Having considered the motion filed on behalf of defendants, an extension of time within which to file responses to plaintiff's first set of interrogatories and request for production of documents is granted until August 17, 2000.

Thus done on the 21st day of July, 2000.

_____
JUDGE