UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 30  PM 4:06

LORETTA G. WHYTE
        CLERK
```

| | |
|---|---|
| ELAINE L CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JEANETTE FUSCO d/b/a/ KING ROGERS SEAFOOD, a Sole Proprietorship, KING ROGERS SEAFOOD, INC. d/b/a KING ROGERS SEAFOOD, a Corporation, and JOEL DIEJOIA a/k/a JOE DeJOIA a/k/a JOE FUSCO a/k/a JOE DIGION, Individually and as a Corporate Officer, | ) ) ) ) ) ) ) ) ) ) |
| Defendant. | ) |

Civil Action

No. 00-378, Sect F, Mag 1

## STIPULATION OF DISMISSAL

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, and Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provides this Court notice of the Plaintiff's dismissal with prejudice of its claim against all Defendants.

Each party hereby agrees to bear its/his own attorneys' fees.

```
DATE OF ENTRY
JUN  4 2001
```

```
___Fee_____
___Process___
_X_Dktd_____
_✓_CtRmDep___
___Doc.No.__11
```

|  |  |
|---|---|
| King Rogers Seafood, Inc. d/b/a King Rogers Seafood and Joel Diejoia, Individually and Jointly | Respectfully submitted,<br><br>JUDITH E. KRAMER<br>Acting Solicitor of Labor<br><br>WILLIAM EVERHEART<br>Regional Solicitor<br><br>MARGARET T. CRANFORD<br>Counsel for Employment Standards |
| By: *(signature)*<br>JOEL DIEJOIA, Individually | By: |
| *(signature)*<br>PERRY ST. RAYMOND<br>Attorney | *(signature)*<br>ERICA J. RINAS<br>TX Bar No. 19799480<br>Attorney |
| Brook, Van Loon, & Latham, L.L.P.<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130<br>504/566-0600 | Office of the Solicitor<br>525 Griffin, Suite 501<br>Dallas, Texas 75202<br>214/767-4902 |
| Attorney for Respondents. | Attorneys for Plaintiff |

RSOL Case No. 99-01391

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELAINE L CHAO, Secretary of Labor, )<br>United States Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEANETTE FUSCO d/b/a/ KING ROGERS )<br>SEAFOOD, a Sole Proprietorship, KING )<br>ROGERS SEAFOOD, INC. d/b/a KING )<br>ROGERS SEAFOOD, a Corporation, and JOEL )<br>DIEJOIA a/k/a JOE DeJOIA a/k/a JOE FUSCO )<br>a/k/a JOE DIGION, Individually and as a )<br>Corporate Officer, )<br>)<br>)<br>Defendant. ) | Civil Action<br><br>No. 00-378, Sect F, Mag 1 |

### ORDER OF DISMISSAL

This Court adopts the Stipulations of Dismissal submitted by the parties and orders this matter dismissed with prejudice.

Dated this _1ST_ day of _June_, 2001

_____
HONORABLE M FELDMAN
United States District Judge